UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER K. CORNELIUS,

    Plaintiff,                               No. 17-12126

v.                                         District Judge Gershwin A. Drain
                                               Magistrate Judge R. Steven Whalen

PHILLIPS SERVICE INDUSTRIES,
INC., ET AL.,

    Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on January 9, 2018, Defendants' Motion to Compel [Doc. #19] is DENIED IN PART AND GRANTED IN PART.

The request for Plaintiff's Social Security Earnings Statement is DENIED.

The Motion is GRANTED to the extent that Plaintiff will produce his federal income tax returns for the years 2011 to 2016. Plaintiff may redact any information relating to his spouse's income.

IT IS SO ORDERED.


Dated: January 10, 2018                              s/R. Steven Whalen
                                                        R. STEVEN WHALEN
                                                        U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on January 10, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on January 10, 2018.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen