UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER K. CORNELIUS,

    Plaintiff,

v.

PHILLIPS SERVICE INDUSTRIES,
INC., ET AL.,

    Defendants.
                               /

No. 17-12126

District Judge Gershwin A. Drain
Magistrate Judge R. Steven Whalen

**ORDER**

For the reasons stated on the record on January 9, 2018, Plaintiff's Motion to Compel [Doc. #21] is DENIED.

IT IS SO ORDERED.

Dated: January 10, 2018

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify on January 10, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on January 10, 2018.

                                      s/Carolyn M. Ciesla
                                      Case Manager for the
                                      Honorable R. Steven Whalen